# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 01/31/2025 |
| Case: 25−00425−JMC−7 | Form ID: b309a | Total: 37 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 17144377 | HRE Colorado Springs LLC |
| 17144376 | Heart Living Centers of Colorado |
| 17144380 | Kurt Ravenstein |
| 17144384 | Premier Pharmacy Group LLC |
| 17144388 | The Gunnison Bank And |
| 17144391 | Valor Health Network LLC |
| 17144392 | Valor Health Network Manag Services |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | David Kent Reed | PO Box 386 | New Palestine, IN 46163 | |
| ust | U.S. Trustee | Office of U.S. Trustee | 46 E Ohio Street, Room 520 | Indianapolis, IN 46204 |
| tr | Joanne B. Friedmeyer | Joanne B. Friedmeyer Trustee | 1389 West 86th Street | Ste #280   Indianapolis, IN 46260 |
| aty | Mark S Zuckerberg | Bankruptcy Law Office of Mark S Zuckerbe | 429 N. Pennsylvania Street | Ste 100   Indianapolis, IN 46204 |
| 17144362 | Ally Financial, Inc | P.o. Box 380901 | Bloomington, MN 55438 | |
| 17144363 | Amex | P.o. Box 981537 | El Paso, TX 79998 | |
| 17144364 | Arnett Litigation LLC | 1630 30th St   Suite A−184 | Boulder, CO 80301 | |
| 17144366 | Bank of America | Po Box 45144 | Jacksonville, FL 32231 | |
| 17144365 | Bank of America | Po Box 982238 | El Paso, TX 79998 | |
| 17144367 | Buchalter, A Professional Corp | 1624 Market Street | Denver, CO 80202 | |
| 17144368 | Capital One | Po Box 31293 | Salt Lake City, UT 84131 | |
| 17144369 | Capital One Auto Finance | Credit Bureau Dispute | Plano, TX 75025 | |
| 17144370 | Chase Auto Finance | 700 Kansas Lane | Monroe, LA 71203 | |
| 17144371 | Citizens Bank | 480 Jefferson Blvd | Warwick, RI 02886 | |
| 17144372 | Columbia Casualty Company | 151 N Franklin St | Chicago, IL 60606 | |
| 17144373 | Ent Credit Union | 7250 Campus Dr | Colorado Springs, CO 80920 | |
| 17144374 | Fifth Third Bank | 5050 Kingsley Dr | Cincinnati, OH 45263 | |
| 17144375 | Forum Credit Union | Pob 50328 | Fishers, IN 46038 | |
| 17144378 | Internal Revenue Service | Attn: Bankruptcy | PO Box 7346 | Philadelphia, PA 19101 |
| 17144379 | Kurt Ravenstein | C/O Christine Hayes Hickey, Rubin & Levi | 135 N Pennsylvania St, Ste 1400   Indianapolis, IN 46204 | |
| 17144381 | Macy's/ DSNB | Po Box 6789 | Sioux Falls, SD 57117 | |
| 17144382 | McKesson Corporation | 6555 State Hwy 161 | Irving, TX 75039 | |
| 17144383 | Nordstrom Signature Visa | 13531 E. Caley Ave | Englewood, CO 80111 | |
| 17144385 | Security Service FCU | Po Box 691510 | San Antonio, TX 78256 | |
| 17144386 | Synchrony Bank/JCPenney | Po Box 71729 | Philadelphia, PA 19176 | |
| 17144387 | Synovus Bank | Po Box 31293 | Salt Lake City, UT 84131 | |
| 17144389 | Truist Financial | 5565 Glenridge Connector | Atlanta, GA 30342 | |
| 17144390 | Us Bank | Attn Consumer Bureau Mgmt Dept | Oshkosh, WI 54903 | |
| 17144393 | Verizon Wireless | National Recovery Operations | Minneapolis, MN 55426 | |
| 17144394 | Wf/flooring Solution | Po Box 393 | Minneapolis, MN 55480 | |

TOTAL: 30