UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>DAVID KENT REED,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-00425-JMC-7 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Meredith R. Theisen of Rubin & Levin, P.C. appears on behalf of Kurt Ravenstein, and pursuant to Rule B-9010-1 of the local rules of the United States Bankruptcy Court for the Southern District of Indiana (the "Local Rules") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), requests that any and all notices and papers filed or entered in the above-captioned case (the "Case") be delivered to and served upon:

> Meredith R. Theisen
> RUBIN & LEVIN, P.C.
> 135 N. Pennsylvania St., Suite 1400
> Indianapolis, IN 46204
> Tel:  (317) 860-2877
> Fax:  (317) 263-9411
> Email:  mtheisen@rubin-levin.net

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, and the Local Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to this Case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (ii) the right to trial by jury in any proceeding triable in this Case or any case, controversy, or proceeding related to this Case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) abstention, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

RUBIN & LEVIN, P.C.

Dated:  February 4, 2025               */s/ Meredith R. Theisen*
                                       Meredith R. Theisen

Meredith R. Theisen, Esq.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 860-2877
Facsimile: (317) 263-9411
Email: mtheisen@rubin-levin.net

*Counsel for Kurt Ravenstein*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2025 a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Joanne B. Friedmeyer    trustee@friedmeyerlaw.com, jbf@trustesolutions.net
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Mark S Zuckerberg    filings@mszlaw.com, s.mr72948@notify.bestcase.com

      I further certify that on February 4, 2025, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated and properly addressed to the following:

None.

                                                */s/ Meredith R. Theisen*
                                                Meredith R. Theisen

F:\WP80\GENLIT\Ravenstein, Kurt-Reed,David-81617402\Drafts\appearance mrt.docx