**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DAVID KENT REED | )  CASE NO.  25-00425-JMC-7 |
| | ) |
| DEBTOR. | ) |

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters his appearance on behalf of Joanne Friedmeyer, Trustee, in the above-captioned bankruptcy case and respectfully requests that copies of all documents filed in the above-captioned case be given and served upon the following:

Joseph L. Mulvey (#30052-49)
MULVEY LAW LLC
133 W. Market Street, No. 274
Indianapolis, IN 46204
Tel: (317) 721-1339
joseph@mulveylawllc.com

Counsel authorizes service by email to the following address:

joseph@mulveylawllc.com.

Respectfully submitted this February 11, 2025.

/s/ Joseph L. Mulvey
Joseph L. Mulvey (#30052-49)
MULVEY LAW LLC
133 W. Market Street, No. 274
Indianapolis, IN 46204
Tel: (317) 721-1339
joseph@mulveylawllc.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF electronic filing system on this February 11, 2025.

                                            /s/ Joseph L. Mulvey
                                            Joseph L. Mulvey (#30052-49)