UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

NTCFMC (rev 12/2024)

In re:

**David Kent Reed**,  
      Debtor.

Case No. **25−00425−JMC−7A**

## NOTICE OF PERSONAL FINANCIAL MANAGEMENT COURSE REQUIREMENT

**NOTICE IS GIVEN** that pursuant to Fed.R.Bankr.P. 1007(b)(7), the debtor (or an approved debtor education provider on the debtor's behalf) must file a Certificate of Debtor Education to be eligible for a discharge.

**NOTICE IS FURTHER GIVEN** that failure to file a Certificate of Debtor Education by May 9, 2025, may result in an Order of No Discharge and this case being closed without further notice or hearing.

To obtain relief from an Order of No Discharge, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. A Certificate of Debtor Education must be filed with the motion, or the motion will be denied.

Furthermore, if this case is closed when the Motion for Relief from Judgment or Order is filed, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $260.00 but is subject to change. The latest fees can be found at www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

Dated:  April 9, 2025

Eric R. Kleis  
Clerk, U.S. Bankruptcy Court