United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                      Case No. 25-00425-JMC
David Kent Reed                                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-1                          User: admin                                    Page 1 of 2
Date Rcvd: Apr 09, 2025                       Form ID: ntcfmc                                 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | David Kent Reed, PO Box 386, New Palestine, IN 46163-0386 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Joanne B. Friedmeyer | trustee@friedmeyerlaw.com  jbf@trustesolutions.net |
| Joseph L. Mulvey | on behalf of Trustee Joanne B. Friedmeyer joseph@mulveylawllc.com  linda@mulveylawllc.com |
| Mark S Zuckerberg | on behalf of Debtor David Kent Reed filings@mszlaw.com  s.mr72948@notify.bestcase.com |
| Matthew Thomas Barr | on behalf of Creditor Kurt Ravenstein mbarr@rubin-levin.net  mralph@rubin-levin.net;atty_barr@bluestylus.com |
| Meredith R. Theisen | on behalf of Creditor Kurt Ravenstein mtheisen@rubin-levin.net  mralph@rubin-levin.net;cgilly@rubin-levin.net |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

District/off: 0756-1                    User: admin                    Page 2 of 2
Date Rcvd: Apr 09, 2025                 Form ID: ntcfmc                 Total Noticed: 1
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

NTCFMC (rev 12/2024)

In re:

**David Kent Reed**,
      Debtor.

Case No. **25–00425–JMC–7A**

## NOTICE OF PERSONAL FINANCIAL MANAGEMENT COURSE REQUIREMENT

**NOTICE IS GIVEN** that pursuant to Fed.R.Bankr.P. 1007(b)(7), the debtor (or an approved debtor education provider on the debtor's behalf) must file a Certificate of Debtor Education to be eligible for a discharge.

**NOTICE IS FURTHER GIVEN** that failure to file a Certificate of Debtor Education by May 9, 2025, may result in an Order of No Discharge and this case being closed without further notice or hearing.

To obtain relief from an Order of No Discharge, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. A Certificate of Debtor Education must be filed with the motion, or the motion will be denied.

Furthermore, if this case is closed when the Motion for Relief from Judgment or Order is filed, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $260.00 but is subject to change. The latest fees can be found at www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

Dated:  April 9, 2025

Eric R. Kleis
Clerk, U.S. Bankruptcy Court