**SO ORDERED: May 1, 2025.**



_____
James M. Carr
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID KENT REED | ) | CASE NO.    25-00425-JMC-7 |
| | ) | |
| DEBTOR. | ) | |

## ORDER GRANTING MOTION FOR TURNOVER

Joanne Friedmeyer, Trustee herein, by counsel, having filed her Motion for Turnover (the "Motion"), seeking an order compelling the Debtor, David Kent Reed ("Debtor"), to turn over documents relating to assets of the Bankruptcy Estate, and property of the Bankruptcy Estate, and the Court, being duly advised in the premises, hereby GRANTS the Motion.

The Debtor is hereby ORDERED to turn over to the Trustee, within fourteen (14) days of the entry of this order, the following documents to Trustee's counsel, via electronic mail to joseph@mulveylawllc.com:

(a.)    a copy of the Lauren Hawcroft Irrevocable Trust agreement, including any amendments to same and any inventory or other documents reflecting all assets owned by same;

(b.)    copies of all deeds memorializing any transfer of any interest in 50 N. Depot Street, New Palestine, IN 46163 during the period from January 1, 2020 to the present;

(c.)    copies of trust agreements, amendments, and inventories showing assets owned, for

any trust(s) in which Debtor has ever held any interest, or to which Debtor has transferred, bequested or devised any property;

 (d.) a copy of the land contract and any other documents in Debtor's possession, custody or control describing the terms of the sale by Debtor of the real estate located at 4702 Cornelius Avenue, Indianapolis, IN 46208;

 (e.) copies of documents evidencing all payments received by Debtor for the purchase of 4702 Cornelius Avenue, Indianapolis, IN 46208; and

 (f.) copies of monthly statements, copies of deposited items, and copies of checks drawn from, for the PNC account in the name of Debtor and his non-filing spouse during the period from when Debtor was added to the account through and including the Petition Date.

 Debtor is further ORDERED to turn over to the Trustee, within fourteen (14) days of the entry of this order, all sums received by Debtor pursuant to his interest in Terra Limited Partnership d/b/a Ruth's Chris Steak House since the Petition Date, including but not limited to the $13,000.00 Debtor testified receiving during his 341 Meeting.

 Debtor is further ORDERED to turn over to the Trustee, within fourteen (14) days of receipt, any further sums received by Debtor pursuant to any interest in Terra Limited Partnership d/b/a Ruth's Chris Steak House.

 Debtor is further ORDERED to turn over to the Trustee, within fourteen (14) days of the entry of this order, the 2020 GMC Sierra listed in the Schedules as having $47,000.00 in equity, via delivery to a location specified by the Trustee.

###