**SO ORDERED: May 7, 2025.**



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SGENERIC (rev 03/2025)

In re:

**David Kent Reed**,                        Case No. **25−00425−JMC−7A**
       Debtor.

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT

A Motion to Extend Time to File Complaint to Determine Dischargeability (Sec. 523) was filed on May 2, 2025, by Creditor Kurt Ravenstein.

**IT IS ORDERED** that the Motion to Extend Time to File Complaint to Determine Dischargeability (Sec. 523) is **GRANTED**. The deadline for filing is extended to July 8, 2025.

Attorney for Creditor Kurt Ravenstein must distribute this order.

###