**SO ORDERED: May 19, 2025.**



_____
James M. Carr
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| DAVID KENT REED, | Case No. 25-00425-JMC-7 |
| Debtor. | |

### ORDER GRANTING KURT RAVENSTEIN'S
### MOTION FOR EXAMINATION OF DEBTOR
### UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This matter is before the Court on *Kurt Ravenstein' Motion for Examination of Debtor Under Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "Motion")[1] [Doc 27], filed by Ravenstein, requesting entry of an order, pursuant to Bankruptcy Rule 2004, granting the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Motion.

Trustee authority to issue a Bankruptcy Rule 2004 subpoena to the Debtor requiring the production of certain documents and an examination of the Debtor.

The Court, having considered the Motion, and the proposed Bankruptcy Rule 2004 subpoena attached to the Motion as **Exhibit 1**, and being otherwise duly advised in the premises, determines that the Motion should be, and hereby is, GRANTED.  Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Motion is GRANTED in its entirety.

2. Ravenstein is authorized to issue a Bankruptcy Rule 2004 subpoena to the Debtor substantially in the form attached to the Motion as **Exhibit 1**.

*###*