## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 25-00425 | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|
| Case Name: | REED, DAVID KENT | Date Filed (f) or Converted (c): | 01/29/2025 (f) |
| For the Period Ending: | 06/30/2025 | §341(a) Meeting Date: | 03/10/2025 |
| | | Claims Bar Date: | 06/16/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 4702 Cornelius Ave Indianapolis, IN - 46208-0000 Marion County Debtor sold this property in 2022 for $300,000. The Debtor and buyer have not executed a deed to transfer ownership of the property to this date even though the buyer has made all payments. Although this property is in the Debtor's name, he has no interest in the property. | $300,000.00 | $300,000.00 | | $0.00 | $300,000.00 |
| 2 | Make: GMC Model: Sierra Year: 2020 Mileage: 69000 | $48,000.00 | $48,000.00 | | $0.00 | $49,000.00 |
| 3 | Make: Jeep Model: Cherokee Year: 2019 Mileage: 94000 | $13,100.00 | $0.00 | | $0.00 | FA |
| 4 | Make: Aluma Model: Trailer Year: 2017 | $4,100.00 | $600.00 | | $0.00 | $4,100.00 |
| 5 | Make: Aluma Model: Trailer Year: 2010 | $2,500.00 | $1,700.00 | | $0.00 | $2,500.00 |
| 6 | Make: Lawn Mower | $3,250.00 | $4,500.00 | | $0.00 | $6,500.00 |
| 7 | Misc household items based upon certified appraisal conducted 12/2024 | $7,435.00 | $10,673.00 | | $0.00 | $11,423.00 |
| 8 | Misc electronics | $275.00 | $0.00 | | $0.00 | $275.00 |
| 9 | Animal mounts based upon certified appraisal confucted 12/2024 | $6,475.00 | $7,325.00 | | $0.00 | $9,325.00 |
| 10 | Golf clubs, bike, skis based upon certified appraisal confucted 12/2024 | $700.00 | $500.00 | | $0.00 | $700.00 |
| 11 | Misc rifles, pistols, shotguns and hunting gear based upon certified appraisal confucted 12/2024 | $4,115.00 | $3,735.00 | | $0.00 | $5,700.00 |
| 12 | Used clothing | $300.00 | $300.00 | | $0.00 | $300.00 |
| 13 | Ring and watch | $2,000.00 | $2,000.00 | | $0.00 | $2,000.00 |
| 14 | Cash | $0.00 | $0.00 | | $0.00 | $0.00 |
| 15 | Checking Chase #9405 | $133.96 | $0.00 | | $0.00 | FA |
| Asset Notes: | --negative 133.96 on deposit | | | | | |
| 16 | Savings Chase | $1.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 25-00425 | | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|---|
| Case Name: | REED, DAVID KENT | | Date Filed (f) or Converted (c): | 01/29/2025 (f) |
| For the Period Ending: | 06/30/2025 | | §341(a) Meeting Date: | 03/10/2025 |
| | | | Claims Bar Date: | 06/16/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Debtor owns 2 units of ownership in Ruth's Chris Indianapolis Northside Location. This is a closely held corp which has never sold a unit and is currently undertiminable. Debtor receives approximately $8000 per year as a distribution. % | Unknown | Unknown | | $0.00 | Unknown |
| 18 | Debtor has had ownership interests in over 16 LLC's, All of the LLC's are listed on SOFA line 27. None of these LLC's have operateed in over two years. None have any assets, bank accounts, or value. % | $0.00 | Unknown | | $0.00 | Unknown |
| 19 | Debtor has been unable to prepare tax returns for the LLC's as he has lost control of the LLC's. Debtor believes there may be refunds available. | $0.00 | Unknown | | $0.00 | Unknown |
| 20 | Company name: National Life - Term ; Beneficiary: Teri Reed - Spouse | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Company name: American National - Term ; Beneficiary: Teri Reed - Spouse | $0.00 | $0.00 | | $0.00 | FA |
| 22 | Tools | $1,135.00 | $1,285.00 | | $0.00 | $1,285.00 |
| 23 | Distribution regarding Terra Limited Partnership (u) | $0.00 | $18,518.52 | | $5,555.56 | $12,962.96 |
| **Asset Notes:** | Debtor received $12,962.96 distributions post-petition. Estate has received $5555.56 directly. Anticipated continued distributions in an unknown amount. | | | | | |
| 24 | Potential interest in funds on deposit in PNC account in name of wife (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 25 | 2024 State and Federal tax refunds (u) | $0.00 | $1,403.00 | | $0.00 | $1,403.00 |
| **Asset Notes:** | Total of $2805 but subject to partial interest of joint filer. | | | | | |
| 26 | Vehicle transferred to wife (u) | $0.00 | $16,272.00 | | $0.00 | $16,272.00 |

**TOTALS (Excluding unknown value)** | | | | | | **Gross Value of Remaining Asset**
| | $393,519.96 | $416,811.52 | | $5,555.56 | $423,745.96 |

**Major Activities affecting case closing:**

Settlement discussions regarding specific personal property are ongoing.

Turnover Order entered

Correspondence from IRS regarding missing returns

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 25-00425 | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|
| Case Name: | REED, DAVID KENT | Date Filed (f) or Converted (c): | 01/29/2025 (f) |
| For the Period Ending: | 06/30/2025 | §341(a) Meeting Date: | 03/10/2025 |
| | | Claims Bar Date: | 06/16/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Possible assets, includng non-exempt personal property. Motion for turnover filed to obtain additional information regarding potential assets.

| Initial Projected Date Of Final Report (TFR): | 01/01/2026 | Current Projected Date Of Final Report (TFR): | | /s/ JOANNE B. FRIEDMEYER |
|---|---|---|---|---|
| | | | | JOANNE B. FRIEDMEYER |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 25-00425 | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|
| Case Name: | REED, DAVID KENT | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7793 | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2024 | Blanket bond (per case limit): | $16,826,667.00 |
| For Period Ending: | 06/30/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/28/2025 | (23) | Terra Limited Partnership | Quarterly distribution | 1223-000 | $5,555.56 | | $5,555.56 |

|  |  |  |  |
|---|---|---|---|
| | TOTALS: | $5,555.56 | $0.00 | $5,555.56 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $5,555.56 | $0.00 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $5,555.56 | $0.00 | |

**For the period of 07/01/2024 to 06/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $5,555.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,555.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/28/2025 to 6/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $5,555.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,555.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | |
|---|---|
| Case No. | 25-00425 |
| Case Name: | REED, DAVID KENT |
| Primary Taxpayer ID #: | **-***7793 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2024 |
| For Period Ending: | 06/30/2025 |

| | |
|---|---|
| Trustee Name: | Joanne B. Friedmeyer |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******2501 |
| Account Title: | |
| Blanket bond (per case limit): | $16,826,667.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|
| $5,555.56 | $0.00 | $5,555.56 |

**For the period of 07/01/2024 to 06/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $5,555.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,555.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/28/2025 to 6/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $5,555.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,555.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOANNE B. FRIEDMEYER

JOANNE B. FRIEDMEYER