SO ORDERED: August 21, 2025.



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SCAUSE (rev 04/2018)

In re:

**David Kent Reed**,
    Debtor.

Case No. **25–00425–JMC–7A**

## ORDER TO APPEAR AT HEARING AND SHOW CAUSE

A Motion to Compel was filed on August 15, 2025, by Creditor Kurt Ravenstein. The Court, after reviewing the document, determines that a hearing is needed.

**IT IS ORDERED** that David Kent Reed appear before the Court and show cause as to why David Kent Reed should not be held in contempt or sanctions should not be imposed. The hearing will be held as follows:

    Date:  September 22, 2025
    Time:  10:45 AM Eastern
    Place:  US Courthouse
            46 E Ohio St Rm 325
            Indianapolis, IN 46204

The Clerk's Office will distribute this order.

                                          ###