United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 25-00425-JMC |
| David Kent Reed | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 21, 2025 | Form ID: scause | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Kent Reed, PO Box 386, New Palestine, IN 46163-0386 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 17281468 | + Email/Text: fileroom@rubin-levin.net | Aug 21 2025 21:47:00 | Kurt Ravenstein, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joanne B. Friedmeyer | trustee@friedmeyerlaw.com  jbf@trustesolutions.net |
| Joseph L. Mulvey | on behalf of Trustee Joanne B. Friedmeyer joseph@mulveylawllc.com  linda@mulveylawllc.com |
| Joseph L. Mulvey | on behalf of Plaintiff Joanne Friedmeyer  Trustee joseph@mulveylawllc.com, linda@mulveylawllc.com |

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 21, 2025 | Form ID: scause | Total Noticed: 2 |

Mark S Zuckerberg
    on behalf of Debtor David Kent Reed filings@mszlaw.com  s.mr72948@notify.bestcase.com

Matthew Thomas Barr
    on behalf of Creditor Kurt Ravenstein mbarr@rubin-levin.net
    mralph@rubin-levin.net;atty_barr@bluestylus.com;cgilly@rubin-levin.net

Meredith R. Theisen
    on behalf of Creditor Kurt Ravenstein mtheisen@rubin-levin.net  mralph@rubin-levin.net;cgilly@rubin-levin.net

U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov


TOTAL: 7

SO ORDERED: August 21, 2025.



James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SCAUSE (rev 04/2018)

In re:

**David Kent Reed**,    Case No. **25–00425–JMC–7A**
    Debtor.

### ORDER TO APPEAR AT HEARING AND SHOW CAUSE

A Motion to Compel was filed on August 15, 2025, by Creditor Kurt Ravenstein. The Court, after reviewing the document, determines that a hearing is needed.

**IT IS ORDERED** that David Kent Reed appear before the Court and show cause as to why David Kent Reed should not be held in contempt or sanctions should not be imposed. The hearing will be held as follows:

    Date: September 22, 2025
    Time: 10:45 AM Eastern
    Place: US Courthouse
           46 E Ohio St Rm 325
           Indianapolis, IN 46204

The Clerk's Office will distribute this order.

###