**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DAVID KENT REED | ) CASE NO. 25-00425-JMC-7A |
| | ) |
| DEBTOR. | ) |

## NOTICE OF DEFAULT

Comes now the Trustee, Joanne Friedmeyer, ("Trustee"), trustee for the bankruptcy estate (the "Estate") of David Kent Reed ("Debtor") and notifies the Court that, although the Debtor has turned over the following required by this Court's Contempt Order [Doc. No.51] (the "Contempt Order"): (i) $945.00 Sanctions Award; and (ii) the documents sought via the Turnover Order [Doc. No. 23 (the "Turnover Order");, the Debtor has **failed** to turn over the following items required in the Turnover Order and Contempt Order: (i) all sums received by Debtor pursuant to his interest in Terra Limited Partnership d/b/a Ruth's Chris Steak House since the Petition Date, including but not limited to the $13,000.00 Debtor testified receiving during his 341 Meeting; and (ii) the 2020 GMC Sierra listed in the Schedules as having $47,000.00 in equity.

Accordingly, the Trustee, by counsel, hereby advises the Court of Debtor's' failure to comply with the Contempt Order and Turnover Order.

MULVEY LAW LLC
Counsel for Trustee

By: /s/Joseph L. Mulvey
Joseph L. Mulvey, Atty. No. 30052-49
MULVEY LAW LLC
133 W. Market St., #274
Indianapolis, IN 46204
317-721-1339
joseph@mulveylawllc.com

CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be served electronically to all parties of record through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system. I further certify that on September 19, 2025 a copy of the foregoing document, was mailed by first-class U.S. Mail, postage prepaid, and properly-addressed to the following:

    David Kent Reed
    50 N. Depot Street
    New Palestine, IN 46163

                                        /s/ Joseph L. Mulvey
                                        Joseph L. Mulvey