UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                          )
DAVID KENT REED                 )
                                )    CASE NO.  25-00425-JMC-A
                                )
DEBTOR(S)                       )

## DEBTOR'S RESPONSE IN OPPOSITION TO CREDITOR KURT RAVENSTEIN'S REPORT REGARDING DEBTOR'S FAILURE TO PURGE CONTEMPT

Comes now, Debtor, David Reed Kent, by counsel, and for his Response in Opposition to Creditor Kurt Ravenstein's Report Regarding Debtor's Failure to Purge Contempt, states the following:

1.      Kurt Ravenstein (hereinafter the "Creditor") filed a Report Regarding Debtor's Failure to Purge Contempt (hereinafter the "Report") on February 18, 2026, alleging that the Debtor has not made an effort to obtain the documents requested.

2.      Debtor asserts that he has produced everything in his possession on the Report, except the statements from American Express and Bank of the West for the entities listed. See Affidavit of David Kent Reed attached as Exhibit A.

3.      In fact, Creditor asserts that Debtor has made no effort following the Rule 2004 examination to produce the documents, which is incorrect. The Debtor has attempted to obtain the documents by contacting the banks to no avail.

4.      The Debtor has not ignored the Court's orders or the Creditor's request. Despite the efforts made by the Debtor, he has been unable to secure the requested records as the accounts are closed, the businesses are defunct, and the financial institutions have declined to provide the requested documents.

5. There is no evidence that Creditor can produce of willful noncompliance by the Debtor.

6. Additionally, the Creditor has the ability to obtain them directly from the financial institutions through the use of third-party subpoenas pursuant to FRCP 45.

7. Creditor has participated in this bankruptcy since its inception and could have obtained these documents wholly and completely. The Creditor is not dependent upon the Debtor to obtain these records and may pursue them directly through established discovery procedures.

8. Instead of sending a subpoena and file an adversary proceeding against the Debtor, the Creditor has filed this report and continues to pursue this avenue to attempt to back door a no discharge order rather than litigating the claim on the merits.

9. The Debtor has acted in good faith, has made reasonable efforts to comply with all requests and court orders, and has demonstrated that he does not possess and cannot obtain the requested documents.

10. The Creditor has alternative means to obtain the records directly from third parties, and he attempts to use this discovery dispute for an improper purpose.

WHEREFORE, the Debtor, David Kent Reed, respectfully deny Creditor Kurt Ravenstein's request for further sanctions against Debtor, and for all other just and proper relief.

Respectfully submitted,

__/s/ Mark S. Zuckerberg_____
Mark S. Zuckerberg #13815-49
Bankruptcy Law Office of Mark S. Zuckerberg, P.C
429 N Pennsylvania Street, Suite 100
Indianapolis, IN 46204
317-687-0000
filings@mszlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, a copy of the foregoing Response was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

U.S. Trustee
Chapter 7 Trustee
Kurt Ravenstein, via Matthew Barr, attorney


/s/ Mark S. Zuckerberg
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                      )
DAVID KENT REED                             )
                                            )    CASE NO.  25-00425-JMC-7A
                                            )
DEBTOR(S)                                   )

### AFFIDAVIT OF DAVID KENT REED

I, David Kent Reed, being first duly sworn upon oath, state as follows:

1. I am the Debtor in the above-captioned Chapter 7 bankruptcy case. I have personal knowledge of the facts set forth herein and am competent to testify to the same.

2. I previously appeared for a Rule 2004 examination in this matter and have made good faith efforts to comply with requests for documents made by the Creditor.

3. In response to requests for financial records, I attempted to obtain bank statements from Bank of the West and American Express for the periods requested.

4. I contacted these financial institutions in an effort to retrieve the requested records. However, I was unable to obtain the documents due to the closure of the businesses associated with the accounts and the inability or refusal of the institutions to provide the records to me.

5. Prior to the closure of the businesses, I provided the relevant financial records, including bank statements, to Kurt Ravenstein.

6. To the best of my knowledge, those documents were placed in a storage unit that is or was under Mr. Ravenstein's control.

7. I do not currently have possession, custody, or control of the requested documents and have been unable to obtain them despite my efforts.

8. I have not willfully withheld any documents and have acted in good faith in attempting to comply with all requests and orders of the Court.

I affirm under the penalties of perjury that the foregoing is true and correct.

Date: _4-13-26_

_David Kent Reed_
David Kent Reed

EXHIBIT A